IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALVARO RODRIGUEZ                                                    PLAINTIFF

           v.              Civil No. 13-5249

MICHAEL HENDRIX, Detective,
Springdale Police Department                                        DEFENDANT

## O R D E R

Now on this 11th day of March 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #8), filed on February 21, 2014, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #8) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE